**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DENNIS JEROME HOLLOWAY,

    Petitioner,

v.

TOM ROY, COMMISSIONER OF
CORRECTIONS,

    Respondent.

Civil No. 14-4703 (JRT/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

---

 Dennis Jerome Holloway, #225386, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* petitioner.

 Kelly O'Neill Moller, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** C-2000 Government Center, 300 South Sixth Street, Minneapolis, MN 55487, Matthew Frank, James Early, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for defendant.

 The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

 Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

  **IT IS HEREBY ORDERED** that:

  1. The Report and Recommendation is **ADOPTED**;

  2. Dennis Jerome Holloway's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED**; and

3. A certificate of appealability will **NOT BE GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 30, 2015         s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  Chief Judge
                                  United States District Court